**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Michael Mitchell aka David M. Mitchell aka David Mitchel | BK NO. 23-02292 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of CSMC 2021-RPL4 Trust and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
16 Oct 2023, 08:45:00, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322