United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02292-MJC
David Michael Mitchell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: Nov 14, 2023 Form ID: ntcnfhrg Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Michael Mitchell, 1403 Euclid Avenue, Scranton, PA 18504-1268 |
| 5570821 | + | Erin Mitchell, 317 Linden St. Apt. 110, Scranton, PA 18503-1606 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2023 18:50:16 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5570816 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2023 18:52:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5576209 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 18:49:57 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570817 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 18:50:18 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5570818 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 14 2023 18:50:14 | Capital One Auto Finance, 3901 North Dallas Pkwy., Plano, TX 75093-7864 |
| 5572202 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2023 18:49:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5573155 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 18:50:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5570819 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2023 18:53:00 | Celtic Bank/Continental Finance, 268 S State St., Suite 300, Salt Lake City, UT 84111-5314 |
| 5570820 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 18:52:00 | Comenity Capital Bank/Boscov's, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5572566 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 18:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5570822 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2023 18:52:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5572431 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 14 2023 18:52:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5570823 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2023 18:53:00 | Indigo - Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 5570824 | ^ | MEBN | Nov 14 2023 18:42:33 | KML Law Group, PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5576846 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2023 18:50:11 | MERRICK BANK, Resurgent Capital Services, |

| | | | | |
|---|---|---|---|---|
| 5570825 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2023 18:50:16 | PO Box 10368, Greenville, SC 29603-0368 Merrick Bank, 10705 S. Jordan Gateway, South Jordan, UT 84095-3977 |
| 5570826 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2023 18:50:10 | Ollo/Ally, 1511 Friendship Rd., Jefferson City, MO 65101-8703 |
| 5577551 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 18:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5570827 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 14 2023 18:53:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CSMC 2021-RPL4 Trust mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 David Michael Mitchell tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Michael Mitchell,
aka David M. Mitchell, aka David Mitchell,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−02292−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 14, 2023<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 14, 2023 |

ntcnfhrg (08/21)