# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 5, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: David Michael Mitchell
Chapter 13 Bankruptcy
Case No. 5-23-02292

Dear Sir/Madam:

I have received returned mail for **Capital One Auto Finance,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 3901 North Dahlia Pkwy Plano, TX 75093-7864. The correct information is as follows:

Capital One Auto Finance
1400 Penn Ave
Pittsburgh, PA 15222

I served the Notice of Amended Plan at the above address on January 9th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as