# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| **DAVID MICHAEL MITCHELL** <br><br> Debtor(s) | Chapter: 13 <br> Case Number: 5-23-02292 |

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Debtor's Amended Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: **February 16, 2024**

SIGNED: *Lisa Manchak*

TITLE: **Legal Assistant**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David Michael Mitchell, aka David M. Mitchell, aka David Mitchell, | Chapter 13 |
| **Debtor 1** | Case No. 5:23-bk-02292-MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on January 9, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 15, 2024

orcnfpln(05/18)

Capital One Auto Finance
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CSMC 2021-RPL4 Trust
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One Auto Finance
3901 North Dallas Pkwy.
Plano, TX 75093-7864

Capital One Auto Finance, a division of AIS
Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance
P.O. Box 4360
Houston, TX 77210-4360

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Celtic Bank/Continental Finance
268 S State St., Suite 300
Salt Lake City, UT 84111-5314

Comenity Capital Bank/Boscov's
Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Erin Mitchell
317 Linden St. Apt. 110
Scranton, PA 18503-1606

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Indigo - Celtic Bank
PO Box 4499
Beaverton, OR 97076-4499

KML Law Group, PC
Suite 5000
701 Market Street
Philadelphia, PA 19106-1541

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services.
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
10705 S. Jordan Gateway
South Jordan, UT 84095-3977

Ollo/Ally
1511 Friendship Rd.
Jefferson City, MO 65101-8703

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Select Portfolio Servicing
3815 South West Temple
Salt Lake City, UT 84115

United States Trustee
US Courthouse3
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625