UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
DAVID MICHAEL MITCHELL : CASE NO. 5-23-02292
:
                Debtor : CHAPTER 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CAPITAL ONE AUTO FINANCE, A :
DIVISION OF CAPITAL ONE, NA :
:
               Movant, :
  vs. :
:
DAVID MICHAEL MITCHELL :
            Respondents. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
        REQUEST TO REMOVE FROM CASE FROM THE HEARING LIST
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\_\_\_\_ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

 X   The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (check only one)

           x        Thirty (30) days.

          _____     Forty-five (45) days.

          _____     Sixty (60) days.

(2) If a Stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Date: February 26, 2024                 /s/Tullio DeLuca
                                                   Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID MICHAEL MITCHELL | : | CASE NO. 5-23-02292 |
| | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| CAPITAL ONE AUTO FINANCE, A | : | |
| DIVISION OF CAPITAL ONE, NA | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| DAVID MICHAEL MITCHELL | : | |
| Respondents. | : | |

*****************************************************************************************

## CERTIFICATE OF SERVICE

*****************************************************************************************

I hereby certify that I served a copy of this Request to Remove Matter from the Hearing List on the following CM/ECF users at the following address:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Regina Cohen, Esq at rcohen@lavin-law.com

Date: February 26, 2024   /s/Tullio DeLuca
   Tullio DeLuca, Esq.