# TULLIO DeLUCA
## ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 5, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: David Michael Mitchell
            Chapter 13 Bankruptcy
            Case No. 5-23-02292

Dear Sir/Madam:

    I have received returned mail for **Capital One Auto Finance,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 3901 North Dahlia Pkwy Plano, TX 75093-7864. The correct information is as follows:

        Capital One Auto Finance
        1400 Penn Ave
        Pittsburgh, PA 15222

I served the Order Confirming of Amended Plan at the above address on February 15ᵗʰ, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        *Tullio DeLuca Jr*
        /s/ Tullio DeLuca, Esquire

TD/as