**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 18, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: David Michael Mitchell
             Chapter 13 Bankruptcy
             Case No. 5-23-02292

Dear Sir/Madam:

    I have received returned mail for **Capital One Auto Finance,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 1400 Penn Ave Pittsburgh, PA 15222. The correct information is as follows:

        Capital One Auto Finance
        7933 Preston Road
        Plano, TX 75024-0410

I served the Order Confirming of Amended Plan at the above address on February 15th, 2024. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                  Very truly yours,

                  /s/ Tullio DeLuca, Esquire

TD/as