UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
DAVID MICHAEL MITCHELL : CASE NO. 5-23-02292
 :
              Debtor : CHAPTER 13
*************************************************************************
CAPITAL ONE AUTO FINANCE, A :
DIVISION OF CAPITAL ONE, NA :
 :
              Movant, :
vs. :
 :
DAVID MICHAEL MITCHELL :
              Respondents. :
*************************************************************************
REQUEST TO REMOVE FROM CASE FROM THE HEARING LIST
*************************************************************************

____ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (check only one)

      ___x___ Thirty (30) days.

      _____ Forty-five (45) days.

      _____ Sixty (60) days.

(2) If a Stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Date: April 17, 2024               /s/Tullio DeLuca
                                          Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID MICHAEL MITCHELL | : | CASE NO. 5-23-02292 |
| | : | |
| Debtor | : | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, NA | : : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| DAVID MICHAEL MITCHELL | : | |
| Respondents. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that I served a copy of this Request to Remove Matter from the Hearing List on the following CM/ECF users at the following address:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Regina Cohen, Esq at rcohen@lavin-law.com

Date: April 17, 2024         /s/Tullio DeLuca
                             Tullio DeLuca, Esq.