# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 11, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

     **In Re: David Michael Mitchell**
       **Chapter 13 Bankruptcy**
      **Case No. 5:23-02292**

Dear Sir/Madam:

 I have received returned mail for Capital One Auto Finance, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 1400 Penn Avenue, Pittsburgh, PA 15222. The correct information is as follows:

    Capital One Auto Finance
    7933 Preston Road
    Plano, TX 75024-1410

I served the Notice of 1st Amended Plan at the above address on January 9th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/km