# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DAVID MICHAEL MITCHELL<br>AKA: DAVID MITCHELL, DAVID M. MITCHELL<br><br>    Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    Movant<br><br>DAVID MICHAEL MITCHELL<br>AKA: DAVID MITCHELL, DAVID M. MITCHELL<br><br>    Respondent(s) | CHAPTER 13<br><br><br><br><br><br>CASE NO: 5-23-02292-MJC |

## CERTIFICATION OF DEFAULT

AND NOW on October 29, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) was ordered to file a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) failed to comply with the Court Order dated September 19, 2024 (Doc #55) by failing to:

- file a Stipulation on or before October 3, 2024

As of October 29, 2024, the Debtor(s) is/are $4764.00 in arrears a plan payment having last been made on September 3, 2024.

In accordance with said Court Order, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: October 29, 2024

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID MICHAEL MITCHELL
AKA: DAVID MITCHELL, DAVID M. MITCHELL

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant

CASE NO: 5-23-02292-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 29, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
DAVID MICHAEL MITCHELL
1403 EUCLID AVENUE
SCRANTON PA 18504

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 29, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com