United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02292-MJC

David Michael Mitchell  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Nov 04, 2024  Form ID: pdf010  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Michael Mitchell, 1403 Euclid Avenue, Scranton, PA 18504-1268 |
| 5570821 | + | Erin Mitchell, 317 Linden St. Apt. 110, Scranton, PA 18503-1606 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2024 19:02:50 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5570816 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 04 2024 18:54:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5576209 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 19:02:48 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5583789 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2024 18:55:00 | CSMC 2021-RPL4 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5570817 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 19:03:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5570818 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 04 2024 18:51:57 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 5572202 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2024 19:02:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583266 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2024 18:51:55 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5573155 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2024 19:02:47 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5570819 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 04 2024 18:55:00 | Celtic Bank/Continental Finance, 268 S State St., Suite 300, Salt Lake City, UT 84111-5314 |
| 5570820 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2024 18:54:00 | Comenity Capital Bank/Boscov's, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 5572566 | | Email/Text: mrdiscen@discover.com | Nov 04 2024 18:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5570822 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 04 2024 18:54:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5572431 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 04 2024 18:54:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5570823 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 04 2024 18:55:00 | Indigo - Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 5570824 | ^ MEBN | Nov 04 2024 18:47:56 | KML Law Group, PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5582501 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 19:02:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5576846 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2024 18:52:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5570825 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2024 18:51:54 | Merrick Bank, 10705 S. Jordan Gateway, South Jordan, UT 84095-3977 |
| 5570826 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2024 18:52:31 | Ollo/Ally, 1511 Friendship Rd., Jefferson City, MO 65101-8703 |
| 5583091 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2024 19:02:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5583269 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2024 19:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5579487 | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2024 18:54:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5577551 | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2024 18:54:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5570827 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 04 2024 18:55:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 |
| 5581573 | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2024 19:02:55 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:

**Name**     **Email Address**

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL4 Trust bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| Tullio DeLuca | on behalf of Debtor 1 David Michael Mitchell tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| David Michael Mitchell<br>aka David M. Mitchell<br>aka David Mitchell | | Chapter: 13 |
| Debtor 1 | | Case No.: 5:23-bk-02292-MJC |
| Jack N. Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>vs. | | |
| Movant(s) | | |
| David Michael Mitchell<br>aka David M. Mitchell<br>aka David Mitchell | | |
| Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Dkt. # 56, and as a Stipulation was not filed, pursuant to Order entered September 19, 2024, Dkt. # 55, in respect to the Trustee's prior Motion to Dismiss Case for Material Default, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 4, 2024